IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  06-mj-01069-MJW-1

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1.  GABRIEL MERAZ-SANTIESTEBAN, a/k/a Oscar Montenegro-Leon, a/k/a Joaquin
Mojica-Sotello,

   Defendant.

_____

**ORDER FOR
WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

_____

   Upon petition of the United States and for good cause shown, it is hereby

   ORDERED that the Clerk of the Court issue a writ to the United States Marshals

Service requiring the United States Marshal to produce Gabriel Meraz-Santiesteban,

inmate # 064923, being held under the name of Joaquin Mojica-Sotello, before a United

States Magistrate Judge forthwith for proceedings and appearances upon the charges in

the Criminal Complaint, and to hold him at all times in the United States Marshal's

custody as an agent of the United States of America until final disposition of the

defendant's case, and thereafter to return the defendant to the institution where he is now

confined.

SO ORDERED this ___18th___ day of ___April_____, 2006.

S/Michael J. Watanabe

_____

MICHAEL J. WATANABE, MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO