IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-mj-01069

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GABRIEL MERAZ-SANTIESTEBAN,
    aka Joaquin Mojica-Sotello,
    aka Gabriel Arturo-Hidalgo,
    aka Oscar Montenegro-Leon,
    aka Oscar Meraz,
    aka Omar Moya,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 21 2006

GREGORY C. LANGHAM
CLERK

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon petition of the United States and for good cause shown,

IT IS HEREBY ORDERED that the Clerk of the Court issue the said writ to the United States Marshal's Service requiring the Marshal to produce the defendant, GABRIEL MERAZ-SANTIESTEBAN, DOB 1976, now in custody of the Coconino County Jail with inmate #2006-05451 under the name of Oscar Montenegro-Leon, or wherever the defendant may be found, before United States Magistrate Court Judge Michael J. Watanabe, forthwith, for proceedings and appearances upon the charge(s) in this case, and to hold him at all times in his custody as an agent of the United States of

America until final disposition of the case, thereafter to return the defendant to the institution wherein now confined.

SO ORDERED this 21st day of July, 2006.

_____
UNITED STATES MAGISTRATE JUDGE